**Order entered September 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01099-CV

**THERESA BARNETT, Appellant**

**V.**

**DAVID S. CROCKETT, ET AL, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00136-F**

## ORDER

The Court has before it appellant's September 19, 2013 first motion for extension of time

to file.  The Court **DENIES** the motion.

/s/ ELIZABETH LANG-MIERS
JUSTICE